PER CURIAM.
J.C. Concert Sound & Lighting, Inc. [J.C.] is entitled to summary judgment as a matter of law since there is no genuine issue of material fact as to J.C.’s status as Gold’s statutory employer. Accordingly, we reverse the trial court’s order denying J.C.’s motion for summary judgment. See § 440.11(1), Fla.Stat. (1993); Woods v. Carpet Restorations, Inc., 611 So.2d 1303 (Fla. 4th DCA 1992); Reed v. Henry C. Beck Co., 510 So.2d 613 (Fla. 3d DCA), review denied, 518 So.2d 1277 (Fla.1987).
Reversed.